UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12CV657 HEA |
| JENNIFER SACHSE, et al., | ) ) ) |
| Defendants. | ) |

### ORDER OF PARTIAL DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Jennifer Sachse, Unknown Potter, Lawrence Slape, and Adrian Barnes, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 30th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE